JUN CUI, AKA Jun Cui Riih, AKA
Jun Cui Semen, Petitioner,

v.

Jefferson B. SESSIONS III, Attorney
General, Respondent.

No. 15-72905

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

Samuel Insoo Mok, Esquire, Attorney,
Law Offices of Samuel I. Mok, Saipan,
MP, for Petitioner

Rosanne Perry, Trial Attorney, OIL,
DOJ—U.S. Department of Justice, Civil
Division/Office of Immigration Litigation,
Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of
Homeland Security, San Francisco, CA,
for Respondent

Before: GOULD, CLIFTON, and
HURWITZ, Circuit Judges.

## MEMORANDUM **

Jun Cui, a native and citizen of China,
petitions for review of the Board of Immigration Appeals' ("BIA") order denying
her motion to reopen. Our jurisdiction is
governed by 8 U.S.C. § 1252. We review
for abuse of discretion the denial of a
motion to reopen. *Granados-Oseguera v.
Mukasey*, 546 F.3d 1011, 1014 (9th Cir.

2008). We deny in part and dismiss in part
the petition for review.

The BIA did not abuse its discretion in
denying Cui's motion to reopen, where she
failed to depart the United States during
her voluntary departure period and was
therefore statutorily ineligible for the relief requested. *See* 8 U.S.C.
§ 1229c(d)(1)(B) (imposing a ten-year bar
to certain forms of relief, including adjustment of status, for aliens who fail to depart
within the time period specified); *Granados-Oseguera*, 546 F.3d at 1015-16 (when a
petitioner files a motion to reopen after
the expiration of the voluntary departure
period, the BIA is compelled to deny the
motion based on the petitioner's failure to
depart where the ten-year bar applies to
the relief sought).

We lack jurisdiction to consider Cui's
challenge to the BIA's March 9, 2015, dismissal of her appeal because this petition
is not timely as to that order. *See* 8 U.S.C.
§ 1252(b)(1).

**PETITION FOR REVIEW DENIED
in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.